**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LACY R. WHEELER, III** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **No. 10-2022** |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA DEPARTMENT OF** | : | |
| **LABOR AND INDUSTRY** | : | |

## ORDER

AND NOW, this 29th day of March, 2012, upon consideration of the Commonwealth of Pennsylvania Department of Labor and Industry motion for summary judgment (paper no. 11) and the Lacy R. Wheeler, III response (paper no. 14), and for the reasons stated in the attached memorandum of today's date, it is **ORDERED** that the "Motion of Defendant for Summary Judgment" (paper no. 11) is **GRANTED**.

/s/ Norma L. Shapiro

J.